**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **CROSS CREEK MULTIFAMILY, LLC** | **PLAINTIFF** |
| **VS.** | **CAUSE NO. 2:18-CV 83-KS-MTP** |
| **ICI CONSTRUCTION, INC., and** | |
| **HARTFORD FIRE INSURANCE COMPANY** | **DEFENDANTS** |
| **ICI CONSTRUCTION, INC.** | **THIRD-PARTY PLAINTIFF** |
| **VS.** | |
| **ALL AMERICAN BUILDERS, INC.;** | |
| **BURRIS CONTRACTING, LLC;** | |
| **PERREN MASONRY, LLC AND** | |
| **RJM MCQUEEN CONTRACTING, INC.** | **THIRD-PARTY DEFENDANTS** |

**MOTION TO WITHDRAW**

COMES NOW, Third-Party Defendant, Perren Masonry, and files this, its Motion to Withdraw for Morgan M. Keup to withdraw as counsel for Third-Party Defendant in the above action, Clyde X. Copeland, III and the law firm of Jernigan Copeland Attorneys, PLLC continuing as counsel of record. In further support of its motion, Third-Party Defendant respectfully states:

1. Morgan M. Keup and Clyde X. Copeland, III, are currently counsel of record for Defendant in this matter.

2. As of September 8, 2021, Morgan M. Keup left Jernigan Copeland Attorneys, PLLC to accept other employment and is no longer employed by the firm.

3. Third-Party Defendant will continue to be represented by Clyde X. Copeland, III, following Ms. Keup's departure.

4. Ms. Keup's withdrawal as counsel of record in this matter will not unreasonably delay the case or prejudice the parties in any manner.

**WHEREFORE, PREMISES CONSIDERED**, Third-Party Defendant respectfully requests the Court enter an order permitting Morgan M. Keup to withdraw as their counsel.

Respectfully submitted, this the 10th day of September, 2021.

                               **PERREN MASONRY, LLC**

                         By:   */s/ Morgan M. Keup*
                                Morgan M. Keup (MSB #105540)

**OF COUNSEL:**

JERNIGAN COPELAND ATTORNEYS, PLLC
P.O. Box 2249
Madison, Mississippi 39130
Office: (601) 427-0021
Fax:     (601) 427-0051
ccopeland@jcalawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I electronically filed the foregoing document with the Clerk using the ECF system.

This the 10th day of September, 2021.

                                 */s/ Morgan M. Keup*
                                 MORGAN M. KEUP