IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CROSS CREEK MULTIFAMILY, LLC**                                                    **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 2:18-cv-83-KS-MTP**

**ICI CONSTRUCTION, INC. and**
**HARTFORD FIRE INSURANCE COMPANY**                           **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw [565] filed by Third-Party Defendant Perren Masonry. In the Motion, Perren Masonry seeks an order allowing Morgan M. Keup to withdraw as its counsel of record. As other counsel will continue to represent Perren Masonry, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Motion to Withdraw [565] is GRANTED.

2. Morgan M. Keup is granted leave to withdraw as counsel of record.

SO ORDERED this the 15th day of September, 2021.

                                                  s/Michael T. Parker
                                                  UNITED STATES MAGISTRATE JUDGE